# DICHTER LAW LLC
**ATTORNEYS AT LAW**
**483 CHERRY STREET**
**SUITE 100**
**BEDFORD HILLS, N.Y.  10507**

| | |
|---|---|
| TELEPHONE:  (212) 593-4202 | JOEL R. DICHTER |
| FAX: (212) 994-5394 | Dichter@dichterlaw.com |
| Website:  www.dichterlaw.com | |

March 28, 2025

VIA ECF and email ( CronanNYSDChambers@nysd.uscourts.gov)
Hon. John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY  10007

Re: Down To Earth Organics, LLC v. Jacques Bermon Webster II, etc., et al., U.S.D.C., S.D.N.Y. Case No. 24-cv-6615 (JPC) – Request for Adjournment

Your Honor:

We are counsel for Plaintiff in the above-referenced proceeding. By endorsed letter dated March 27, 2025 (DKT 26), the Court set a remote conference date on Defendants request to file a summary judgment motion for April 1, 2025 at 2:30 p.m.

By this letter, Plaintiff respectfully requests an adjournment of the conference until after April 14, 2025. On the date of the conference, April 1, 2025, I will be in France with my family where the local time would be 8:30 pm. We will be in France for one or two weeks.  No prior request for an adjournment has been made. Counsel for Defendants has no objection to the adjournment, but advises they are not available on April 17, 2025.

Thank you for your consideration of this request

Sincerely,

Dichter Law LLC

By: _____
Joel R Dichter, Esq.

Cc: Counsel for Defendants

---

The request is granted.  The conference originally scheduled for April 1 is adjourned to April 16, 2025, at 3:30 p.m.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED
March 31, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge