UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

**DOWN TO EARTH ORGANICS, LLC,**                Case No.: 1:24-cv-06615-JPC

                    **Plaintiff,**

    -against-

**TRAVIS SCOTT a/k/a JACQUES BERMAN
WEBSTER II, CACTUS JACK PUBLISHING,
LLC, LAFLAME ENTERPRISES, INC., and
JOHN DOES 1-10 INCLUSIVE,**

                    **Defendants.**

----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF MOTION PURSUANT TO FRCP 41(a)(2)

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated August 27, 2025, and upon all other pleadings and proceeding had hereto, Plaintiff Down to Earth Organics LLC, by their attorney, Joel Dichter, will move this Court at the United States District Court, 40 Foley Square, New York, New York 10007 before the Honorable John P. Cronan, on a date and at a time to designated by the Court, for an order to dismiss the Complaint pursuant to FRCP 41(a)(2).

Dated:  
        August 25, 2025

                                                    Respectfully submitted,

                                                    *Joel R. Dichter*

                                                    By: /s/ Joel R. Dichter  
                                                    Dichter Law LLC  
                                                    483 Cherry St Suite 300  
                                                    Bedford Hills, NY  
                                                    Telephone: (212) 593-4202  
                                                    dichter@dichterlaw.com

**CERTIFICATE OF SERVICE**

I, Joel R. Dichter, hereby certify that a true and correct complete copy of the foregoing Plaintiff Down to Earth Organics, LLC's Notice of Motion has been served on August 25, 2025 on all counsel of record via the Court's CM/ECF service.

                                                /s/ Joel R. Dichter
                                                **JOEL R. DICHTER**

Defendants shall file any opposition to Plaintiff's motion to dismiss its complaint with prejudice no later than September 4, 2025. The Court will treat a lack of opposition by Defendants as consent to the entry of Plaintiff's proposed order.

SO ORDERED
August 28, 2025
New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge