**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOWN TO EARTH ORGANICS, LLC,

                      Plaintiff,

      -against-                                  24 **CIVIL** 6615 (JPC)

                                                    **JUDGMENT**

TRAVIS SCOTT a/k/a/ JACUES BERMAN
WEBSTER II, et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2025, Defendants will not be prejudiced by the Court granting Plaintiff's motion to dismiss this case with prejudice. The Court therefore grants Plaintiff's motion under Rule 41(a)(2) and dismisses Plaintiff's Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      November 6, 2025

                                                  **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                             **BY:**

                                                     **Deputy Clerk**